IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS NEWSON,                                              No. 2:06-cv-1832-MCE-KJM-P

    Plaintiff,

    v.                                                                     ORDER

T. NOBLE, et al.,

    Defendants.

_____/

    On February 22, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 8, 2007, dismissing his complaint with leave granted to file an amended complaint. Pursuant to Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///
///
///
///
///

1

1 | Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 | magistrate judge filed February 8, 2007, is affirmed.

Dated: April 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE