IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS NEWSOM,

      Plaintiff,                    No. CIV S-06-1832 MCE KJM P

   vs.

T. NOBLE, et al.,

      Defendants.         <u>ORDER</u>

                           /

        On February 8, 2007, this court dismissed plaintiff's complaint, but granted him leave to file an amended complaint. Plaintiff filed objections to these findings and recommendations, but on April 5, 2007, the district court affirmed the order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's amended complaint is due within thirty days of the date of this order. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that the action be dismissed.

DATED: May 3, 2007.

                                                                                         U.S. MAGISTRATE JUDGE

2/news1832.ord

1